RECEIVED

APR 26 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| MICHAEL HAMPTON | * | CIVIL ACTION NO. 10-1926<br>Section P |
| VERSUS | * | JUDGE DONALD E. WALTER |
| SHERIFF ANDY BROWN, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion for summary judgment [doc. # 75] filed by defendants, Sheriff Andy Brown, Assistant Warden Ducote, Warden Billy Tigner, and Major Jon Thomas, is hereby **GRANTED**, and that judgment is entered in favor of all defendants (including unspecified medical staff at the JPCC and an unnamed medical department nurse), dismissing with prejudice plaintiff's claims arising under the Constitution and laws of the United States. Fed. R. Civ. P. 56.

**IT IS FURTHER ORDERED** that any remaining state law claims are **DISMISSED**, without prejudice. 28 U.S.C. § 1367(c).

**IT IS FURTHER ORDERED** that the motion for summary judgment [doc. # 72] filed by plaintiff Michael Hampton is hereby **DENIED**.

THUS DONE AND SIGNED, in chambers, Shreveport, Louisiana, this 26 day of April 2012.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE